FILED
MAR 10 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAFARAH I. BEY,

    Plaintiff,

v.

CATHERINE FRIEND EASTERLY, *et al.*,

    Defendants.

Civil Action No. 20-0608 (UNA)

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. Generally, the plaintiff asks this Court to review a decision of the District of Columbia Court of Appeals. *See* Compl. at 18. This Court cannot grant the relief the plaintiff demands because it lacks jurisdiction to do so. *See Lance v. Dennis*, 546 U.S. 459, 463 (2006) (per curiam) ("[U]nder what has come to be known as the *Rooker-Feldman* doctrine, lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments."); *Morton v. United States*, No. 1:19-CV-00514, 2019 WL 1924252, at *1 (D.D.C. Apr. 26, 2019) ("As a general rule, applicable here, this Court lacks jurisdiction to review the decisions of the Superior Court."). Accordingly, the Court will grant the plaintiff's *in forma pauperis* application and dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: March 10, 2020

TREVOR N. McFADDEN
United States District Judge